AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08% (Class B Misdemeanor).

☒ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY:
6 months in jail
$5,000 fine
$10 special assessment

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S ---
▶ TSZ HANG YEUNG

DISTRICT COURT NUMBER
CR 08    0426

DEFENDANT    MAG

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WENDY THOMAS

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 6/8/08
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 0426 |
| ) | |
| Plaintiff, ) | VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content above 0.08% (Class B Misdemeanor) |
| ) | |
| v. ) | |
| ) | |
| TSZ HANG YEUNG, ) | |
| ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol

On or about June 8, 2008, while within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust in the Northern District of California, the defendant,

TSZ HANG YEUNG,

did operate and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code

INFORMATION

1  of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

2  COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content above 0.08%

3  　　On or about June 8, 2008, while within the boundaries of an area under the purview of the
4  National Park Service and administered by the Presidio Trust in the Northern District of
5  California, the defendant,

6  　　　　　　　　　　　　　　　　TSZ HANG YEUNG,

7  did operate and was in actual physical control of a motor vehicle while having at least 0.08
8  percent, by weight, of alcohol in his breath, in violation of Title 36, Code of Federal Regulations,
9  Section 1004.23(a)(2), a Class B Misdemeanor.

11  DATED: June 27, 2008　　　　　　　　　　JOSEPH P. RUSSONIELLO
                                                                             United States Attorney

13  　　　　　　　　　　　　　　　　　　　　　　KYLE F. WALDINGER
14  　　　　　　　　　　　　　　　　　　　　　　Deputy Chief, Major Crimes Section

16  (Approved as to form: _____)
                                    WENDY THOMAS
17  　　　　　　　　　　Special Assistant United States Attorney

INFORMATION