rev. 9/6/07

| | |
|---|---|
| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 1 |

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Brenda Tolbert | REPORTER/FTR<br>11:49 - 11:50 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | DATE<br>July 23, 2008 | NEW CASE<br>☐ | CASE NUMBER<br>CR-08-0426 MAG |

### APPEARANCES

| DEFENDANT<br>TSSZ HANG YEUNG | AGE<br>26 | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Steve Kalar/Geoff Hansen | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Alana St. Aude, L.C. | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☒ CHANGE PLEA NOT HELD | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**FILED**
JUL 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES: PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8-14-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☒ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>MEJ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☒ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Matter Continued to Above Date.

BT, PTS